**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1990**

WELLINGTON DICKENS, III,

Plaintiff - Appellant,

v.

WAKEMED HEALTH & HOSPITALS, INC.; WAKE COUNTY
GOVERNMENT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh. Louise W. Flanagan, District Judge. (5:18-cv-00001-FL)

Submitted: December 20, 2018                    Decided: December 26, 2018

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Wellington Dickens, III, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wellington Dickens, III, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Dickens' complaint for failure to state a claim. On appeal, Dickens challenges only the district court's summary review and dismissal of his complaint without a jury trial or even service of summons. However, the district court acted properly and in accord with the dictates of 28 U.S.C. § 1915(e)(2)(B) (2012). *See Jones v. Bock*, 549 U.S. 199, 214 (2007) (describing history of § 1915(e)(2)(B)). Accordingly, we affirm the district court's ruling. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
